IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL RAY HIGGS                                                                PLAINTIFF

V.                                          CASE NO. 08-CV-1092

UNION COUNTY JUSTICE FACILITY;
KEN JONES, Union County Sheriff;
LT. JOHN WILLIAMS; and
CHIEF JERRY THOMAS                                                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 4, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 17). Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to prosecute this action and his failure to keep the Court informed of his current address. The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 22d day of December, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge